IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-cr-89 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN HOLM, | ) | MOTION FOR HEARING TO MODIFY |
| | ) | RECORD ON APPEAL |
| Defendant. | ) | |

      Defendant, Bryan Holm, through counsel, requests a hearing, pursuant to Fed.R.App.P. 10(e), to modify the record of the sentencing proceedings in his case to include evidence that is material to the issues to be raised on appeal, stating:

      1.      The Defendant was sentenced on January 24, 2013, for one count of a violation of 18 U.S.C. §§922(g)(1) and 924(a)(2). He was sentenced to a term of incarceration of 96 months. Timely notice of appeal was filed on February 1, 2013.

      2.      Trial counsel moved to withdraw in the appellate court on February 14, 2013, and that motion was granted on February 15 together with an order appointing undersigned counsel.

      3.      A review of the record indicates that there was an issue discussed in the record concerning communication between the Court and the United States Department of Justice. A singe court exhibit, Exhibit 2, was put into the record under seal. That exhibit consists of a series of emails in a time period between October 2012 and January 18, 2013. According to the record, these emails were first produced and disclosed to defense counsel after the Court had called a witness and after the material disputed sentencing issues were resolved. It is not clear in this record if the emails provided by the Court constitute the entirety of the Court's communications with the Department of Justice. Upon certain knowledge, information, and belief, Exhibit 2 does

n

y

not constitute the entirety of information concerning contacts between the Court and the Department of Justice bearing upon the Court's relationship with the Department of Justice or this case.

4. The Court characterized these emails in an innocuous light at the January 24, 2013, sentencing hearing, stating the issue was one of ex-parte contacts. While that may be part of the concern for Mr. Holm, the more potentially difficult issue is whether the Court's "impartiality might reasonably be questioned"[1] after a full disclosure of the Court's relationship with the Department of Justice.

5. A hearing is necessary to insure that all the Court's communications with the Department of Justice have been made part of the record, whether written or oral, and to make the record complete concerning the Court's relationship with the Department of Justice[2].

6. At this point the best approach is to get all these matters into the record so that a full and complete record is existing.

WHEREFORE, counsel for the Defendant respectfully requests that a hearing be set in this case and the record be modified to include additional matter concerning the Court's contacts and relationships with the Department of Justice.

---

[1] See Title 28, United States Code, Section 455.
[2] It is noted that Exhibit 2 is a 1999 presentence report of a prosecution of Mr. Holm in the Northern District of Iowa where the Court was employed for many years. The Court is also the principle upon whose actions the Department of Justice's derivative liability is premised in an ongoing federal civil suit in the Northern District of Iowa. The allegations in that suit indicate one or more attorneys from the U.S. Attorney's Office in the Southern District are likely to be witnesses on matters adverse to the Court. It is unknown if the identity of these witnesses have become known to the Court or if they have been disclosed. The Court stands in the capacity of client in that matter, and has an attorney-client relationship with the Department of Justice that is ongoing.

                    STOWERS LAW FIRM
                    West Glen Town Center
                    The Hub Building, Suite 130
                    650 South Prairie View Drive
                    West Des Moines, IA  50266
                    Phone: (515) 224-7446
                    Fax: (515) 225-6215


                    By:____/s/ Dean Stowers
                        Dean Stowers
                        Attorney for Defendant
                        Bryan Holm



Original filed.

Copy to:      Clifford Wendell & Deb Scorpiniti, Assistant U.S. Attorneys, 110 E. Court
                Avenue, Suite 286, Des Moines, IA 50309
                Phone: (515) 473-9300      Fax: (515) 473-9292

**PROOF OF SERVICE**

      **The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on March 11, 2013.**
**By:**                  ☐ **CM/ECF**

        *Signature* _____**/s/ Amy Pille**_____